UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANK A. GONZALES, | ) | 1:06-CV-1417 OWW WMW PC |
| Plaintiff, | ) | |
| v. | ) | THIRD ORDER GRANTING EXTENSION OF TIME (DOCUMENT #12) |
| EDWARD S. ALAMEDIA, | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 12, 2007, plaintiff filed a motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file his amended complaint.

IT IS SO ORDERED.

**Dated:   April 10, 2007**               /s/  William M. Wunderlich
                                      UNITED STATES MAGISTRATE JUDGE