IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK A. GONZALES, | 1:06-cv-01417-OWW-WMW (PC) |
| Plaintiff, | |
| vs. | ORDER GRANTING MOTION TO EXTEND TIME |
| EDWARD S. ALAMEDIA, | (DOCUMENT #16) |
| Defendant. | |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 23, 2007, plaintiff filed a motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Plaintiff is granted thirty (30) days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

Dated:   August 24, 2007               /s/  William M. Wunderlich
                                                     UNITED STATES MAGISTRATE JUDGE