IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK A. GONZALES, | 1:06-cv-1417 OWW WMW (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS |
| vs. | |
| EDWARD S. ALAMEDIA, | (DOCUMENT #22) |
| Defendants. | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 25, 2007, plaintiff filed a motion to extend time to file his objections to the findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file his objections to the findings and recommendations.

IT IS SO ORDERED.

**Dated:   November 7, 2007**          /s/  William M. Wunderlich
                                       UNITED STATES MAGISTRATE JUDGE