IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK GONZALES, | 1:06-cv-1417 OWW WMW (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT |
| vs. | |
| E. ALAMEIDA, et al., | (DOCUMENT #26) |
| Defendants. | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 22, 2008, plaintiff filed a motion to extend time to file amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file amended complaint.

IT IS SO ORDERED.

**Dated:   March 13, 2008**              /s/  **William M. Wunderlich**
                                              UNITED STATES MAGISTRATE JUDGE