IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK GONZALEZ,<br><br>        Plaintiff,<br><br>    vs.<br><br>EDWARD S. ALAMEIDA,<br><br>        Defendant. | No. CV-F-06-1417 OWW/WMW PC<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION FOR RECONSIDERATION (Doc. 34), VACATING ORDER AND JUDGMENT OF DISMISSAL (Docs. 32 & 33), AND REMANDING ACTION TO MAGISTRATE JUDGE FOR CONSIDERATION OF PLAINTIFF'S REQUEST FOR LEAVE OF COURT TO PROPOUND DISCOVERY (Doc. 28) |

On April 17, 2008, the United States Magistrate Judge recommended that this action be dismissed because of Plaintiff's failure to timely comply with a court order directing him to file an Amended Complaint. By Order filed on May 16, 2008, the findings and recommendations were adopted by the District Court and the action dismissed without prejudice. The May 16, 2008 Order specifically stated that Plaintiff had not filed objections to the recommendation.

1

On June 15, 2008, pursuant to the "mailbox rule", Plaintiff filed a motion for reconsideration of the Order dismissing his action without prejudice for failure to comply with a Court Order.

Plaintiff seeks reconsideration on the ground that he did, in fact file a timely objection to the April 17, 2008 recommendation on May 12, 2008, pursuant to the "mailbox rule." (Doc. 31).

Because Plaintiff timely filed objections to the April 17, 2008 recommendation, the Court grants Plaintiff's motion for reconsideration to the extent necessary to consider his objections.

Plaintiff's objection to the recommendation acknowledges that Plaintiff has been granted four extensions of time to file an Amended Complaint.  He asserts that the April 17, 2008 recommendation for dismissal of the action should not have issued because, on April 16, 2008, he filed a Request for Leave of Court to Propound Discovery in which he asserts that he needs to be able to conduct discovery in order to file the amended complaint. Plaintiff's motion for discovery was not considered by the Magistrate Judge before he issued the recommendation of dismissal for failure to comply with a Court order.

Plaintiff's motion for reconsideration is GRANTED and the Order and Judgment dismissing this action are VACATED.  The action is remanded to the Magistrate Judge for further proceedings in connection with Plaintiff's Request for Leave of

**Court to Propound Discovery.**[1]

IT IS SO ORDERED.

**Dated:   July 23, 2008**                     /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE

---

[1]**No opinion is expressed with regard to the merits of Plaintiff's request for discovery.**