IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK A. GONZALES, | 1:06-cv-01417-OWW-WMW (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE RESPONSE TO ORDER TO SHOW CAUSE |
| vs. | |
| EDWARD S. ALAMEDIA, | (DOCUMENT #38) |
| Defendants. | (30) THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 10, 2008, plaintiff filed a motion to extend time to file response to order to show cause. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file response to order to show cause.

IT IS SO ORDERED.

**Dated:   September 15, 2008**           /s/  William M. Wunderlich
                                         UNITED STATES MAGISTRATE JUDGE