IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK A. GONZALES, | 1:06-cv-01417-OWW-WMW (PC) |
| Plaintiff, | ORDER GRANTING THIRD MOTION TO EXTEND TIME TO RESPOND TO ORDER TO SHOW CAUSE |
| vs. | |
| EDWARD S. ALAMEDIA, | (DOCUMENT #42) |
| Defendant. | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 4, 2008, plaintiff filed a motion to extend time to respond to the court's order to show cause. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to respond to the court's order to show cause.

IT IS SO ORDERED.

**Dated:   December 9, 2008**           **/s/  William M. Wunderlich**
                                                                    UNITED STATES MAGISTRATE JUDGE