IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK A. GONZALES, | 1:06-cv-01417 OWW-WMW (PC) |
| Plaintiff, | ORDER GRANTING FOURTH MOTION TO EXTEND TIME TO FILE A RESPONSE |
| vs. | TO ORDER TO SHOW CAUSE |
| EDWARD S. ALAMEDIA, | (DOCUMENT #45) |
| Defendants. | 30-DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 20, 2009, plaintiff filed a fourth motion to extend time to file a response to order to show cause. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file a response to order to show cause.

IT IS SO ORDERED.

**Dated:   January 23, 2009**          /s/ William M. Wunderlich
                                        UNITED STATES MAGISTRATE JUDGE