IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK A. GONZALES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EDWARD S. ALAMEDIA,<br><br>　　　　Defendants.<br>_____/ | 1:06-cv-01417-OWW-WMW (PC)<br><br>ORDER GRANTING PLAINTIFF'S FIFTH MOTION TO EXTEND TIME TO FILE A RESPONSE TO ORDER TO SHOW CAUSE<br><br>(Motion#47)<br><br>30-DAY DEADLINE |

　　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 4, 2009, plaintiff filed a motion to extend time to file a response to the Court's Order to Show Cause. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　　Plaintiff is granted thirty (30) days from the date of service of this order in which to file a response to the Order to Show Cause.

IT IS SO ORDERED.

**Dated:　March 10, 2009**　　　　　　　　　/s/  William M. Wunderlich
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE