IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK A. GONZALES,

        Plaintiff,                  1: 06 CV 1417 OWW WMW PC

    vs.                                 FINDINGS AND RECOMMENDATION

E. ALAMEIDA, et al.,

        Defendants.

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.

      On August 7, 2008, an order to show cause was entered, directing Plaintiff to show cause within thirty days why this action should not be dismissed for his failure to prosecute. Plaintiff has been granted six extensions of time to file a response. Plaintiff has failed to respond to the order to show cause.

      Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for Plaintiff's failure to prosecute.

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B). Within twenty days after being served with these findings and recommendations, plaintiff may file

1

written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time waives all objections to the judge's findings of fact. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). Failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:  May 28, 2009**                             /s/  **William M. Wunderlich**
                                                                            UNITED STATES MAGISTRATE JUDGE